JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>            Plaintiff,<br><br>v.<br><br>INFINITI ENTERPRISE LLC, a California Limited Liability Company; ABDELFATAHMANAE; and Does 1-10,<br><br>            Defendants. | Case: 5:15-CV-01960-CAS-KK<br><br>**ORDER** |

## **ORDER**

The entire case is hereby ordered dismissed with prejudice.

Dated: December 14, 2015

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE